UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA LEVINE and IVEY MOORE on their own behalf and on behalf of all those similarly situated,

          Plaintiffs,

-against-

MERRILL LYNCH, PIERCE, FENNER, & SMITH INCORPORATED, MERRILL LYNCH & CO. INC., and BANK OF AMERICA CORPORATION,

          Defendants.

ECF CASE

09 Civ. 304 (PGG)

**ORDER**

TINATIN KOBAKHIDZE on her own behalf and on behalf of all those similarly situated,

          Plaintiffs,

-against-

MERRILL LYNCH, PIERCE, FENNER, & SMITH INCORPORATED, MERRILL LYNCH & CO. INC., and BANK OF AMERICA CORPORATION,

          Defendants.

ECF CASE

09 Civ. 672 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled actions be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, any party may apply by letter within the sixty-day period for restoration of the actions to the calendar of the undersigned, in which event the actions will be restored. Any pending motions are moot.

Dated: New York, New York
      August 23, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge